UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL BLANCHARD, by his Parents Cheryl and Jerry Blanchard; and CHERYL BLANCHARD; and JERRY BLANCHARD,

Plaintiffs,

v.

MORTON SCHOOL DISTRICT, JOHN FLAHERTY, Superintendent; JOSH BROOKS, Principal; DAVE CRAYK, Special Education Teacher,

Defendants.

Case No. C06-5166FDB

ORDER DENYING PLAINTIFF CHERYL BLANCHARD'S MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Cheryl Blanchard moves for appointment of counsel in this case concerning the education of a minor child with a disability. Plaintiff is capable of articulating her arguments and has not otherwise demonstrated entitlement to appointment of counsel. ACCORDINGLY,

IT IS ORDERED: Plaintiff Cheryl Blanchard's Motion for Appointment of Counsel [Dkt. # 2] is DENIED.

DATED this 24th day of May 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1