UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL BLANCHARD, by his parents, CHERYL BLANCHARD and JERRY BLANCHARD; CHERYL BLANCHARD and JERRY BLANCHARD,<br><br>Plaintiffs,<br><br>v.<br><br>MORTON SCHOOL DISTRICT; JOHN FLAHERTY; JOSH BROOKS; DAVE CRAYK,<br><br>Defendants. | Case No. C06-5166 FDB<br><br>ORDER DENYING IN FORMA PAUPERIS |

Plaintiff Cheryl Blanchard has filed an application to proceed *in forma pauperis* in the above-entitled matter pursuant to 28 U.S.C. § 1915(a)(1). Plaintiff asserts her total monthly income is $1,700, which is derived from her husband's employment. Plaintiff asserts her total monthly expenses are $1,643. The assets of the other named plaintiffs have not been disclosed, nor have they joined in this application. In a related proceeding, <u>Blanchard v. Morton School Dist</u>., Slip Copy, 2006 WL 1075222 (W.D.Wash., 2006), this Court denied Cheryl Blanchard's request to proceed *in forma pauperis*.

Given Plaintiff's financial status, an inability to pay the expenses required to proceed with this

ORDER - 1

action has not been established.

ACCORDINGLY,

IT IS HEREBY ORDERED:

Plaintiff Cheryl Blanchard's application to proceed in forma pauperis [Dkt. #27] is **DENIED.**

DATED this 16th day of August, 2006.

　　　　　　　　　　　　　　　　　／s／ Franklin D. Burgess
　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 2