UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHERYL BLANCHARD, JERRY BLANCHARD and DANIEL BLANCHARD,

    Plaintiff,

    v.

MORTON SCHOOL DISTRICT, JOHN FLAHERTY, Superintendent,;JOSH BROOKS, Principal; DAVE CRAYK, Special Education Teacher ,

    Defendants.

Case No. C06-5166FDB

ORDER RE MOTION TO PROCEED TO TRIAL

This matter was remanded from the Ninth Circuit, which allowed certain claims to proceed, and Plaintiffs now indicate that they are ready to proceed to trial and move the Court to take action to accomplish that.   ACCORDINGLY,

IT IS ORDERED: Plaintiffs' Motion to Proceed to Trial [Dkt. # 52] is GRANTED, and the Clerk of the Court shall request a Joint Status Report from the parties.

DATED this 27th day of March, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1