# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL BLANCHARD, et al.,

        v.

MORTON SCHOOL DISTRICT, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5166JKA

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Summary Judgment is hereby Granted.

| | |
|---|---|
| February 23, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |